# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Watts Coordinated Pretrial Proceedings
                                            Plaintiff,

v.                                                       Case No.: 1:19−cv−01717
                                                         Honorable Andrea R. Wood

                                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12, 2019:

    MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, Plaintiffs' motion for disclosure of grand jury transcripts [46] is entered and continued to the next status hearing. The Clerk's Office is directed to seal Exhibit B attached to Plaintiffs' motion [46−2]. Plaintiffs shall file a public, redacted version of Exhibit B. Status hearing set for 9/30/2019 at 10:30 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.