# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Watts Coordinated Pretrial Proceedings

                                           Plaintiff,

v.                                                     Case No.: 1:19–cv–01717
                                                    Honorable Andrea R. Wood

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26, 2019:

      MINUTE entry before the Honorable Sheila M. Finnegan: Status and Motion hearing held on 9/26/2019. Individual Defendant Officers' motion for entry of a protective order [50] is denied for reasons stated on the record. However, if Plaintiffs choose to proceed with the deposition of any core defendant before receiving the federal investigative materials that are the subject of their pending motion for disclosure [46], they will be foreclosed from re–deposing that defendant regarding criminal cases covered at a prior deposition despite Plaintiffs' receipt of new or unredacted materials from federal agencies concerning the previously–covered criminal cases. In addition, Plaintiffs' counsel are to defer questioning these core defendants about criminal cases involving the plaintiffs who have given statements to federal law enforcement if those statements have not been produced to Defendants. As for the request to modify the Confidentiality Order [3], the Court agrees that the Order may be modified to explicitly state that the Order does not bar producing parties from producing their own confidential documents in other lawsuits. The Court declines to require that the Order include a listing of these other lawsuits (e.g., state court malicious prosecution lawsuits in which the City of Chicago has produced identical documents to those produced in this action). The parties are to send the proposed modified Confidentiality Order to the Court's email at Proposed_Order_Finnegan@ilnd.uscourts.gov. By 11/8/2019, the parties are to file a joint status report. The status hearing set on 9/30/2019 is cancelled and reset to 11/12/2019 at 11:00 a.m.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.