IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re. Watts Coordinated Pretrial Proceedings | ) <br> ) 19-cv-1717 <br> ) <br> ) *(Judge Wood)* <br> ) <br> ) *(Magistrate Judge Finnegan)* <br> ) <br> ) |

This document relates to 19-cv-7552

# NOTICE OF MOTION

NOTICE IS HEREBY GIVEN, that on Wednesday, December 18, 2019, at 9:00 a.m., an attorney for plaintiff shall appear before Judge Andrea R. Wood and present plaintiff's Motion to Stay.

/s/ <u>Joel A. Flaxman</u>
Joel A. Flaxman
ARDC No. 6292818
Kenneth N. Flaxman
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
*attorneys for plaintiff*