# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Watts Coordinated Pretrial Proceedings

Plaintiff,

v.

Case No.: 1:19–cv–01717
Honorable Andrea R. Wood

Kallatt Mohammed

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2019:

     MINUTE entry before the Honorable Sheila M. Finnegan: Motion hearing held on 12/20/2019 as to Individual Officers' motion for entry of a protective order [81] in relation to ongoing deposition of Defendant Nichols. The motion is denied for reasons stated on the record.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.