# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Watts Coordinated Pretrial Proceedings
                              Plaintiff,

v.                                                               Case No.: 1:19−cv−01717
                                                               Honorable Andrea R. Wood

Kallatt Mohammed
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. The Court sets the following briefing schedule on Plaintiff's motion to stay [74]: Defendants' shall respond by 1/6/2020 and Plaintiff shall reply by 1/13/2020. Status hearing set for 1/27/2020 at 9:30 AM. The Government's presence is waived at the 1/27/2020 hearing. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.