**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In re: Watts Coordinated Pretrial Proceedings | Case Number: 19CV1717 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KENNETH MANN

| |
|---|
| NAME (Type or print)<br>Steven B. Borkan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Steven B. Borkan |
| FIRM<br>Borkan & Scahill, Ltd. |
| STREET ADDRESS 20 South Clark Street, Ste. 1700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6193463 | TELEPHONE NUMBER<br>(312) 580-1030 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**   NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO x |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |