# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In re: Watts Coordinated Pretrial Proceedings          Case Number:     19CV1717

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KENNETH MANN

| | |
|---|---|
| **NAME** (Type or print) <br> Timothy P. Scahill | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Timothy P. Scahill | |
| **FIRM** <br> Borkan & Scahill, Ltd. | |
| **STREET ADDRESS**   20 South Clark Street, Ste. 1700 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6287296 | **TELEPHONE NUMBER** <br> (312) 580-1030 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES    NO  X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO x | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |