**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: WATTS COORDINATED PRETRIAL PROCEEDINGS | ) ) ) ) ) ) ) | Master Docket Case No. 19-cv-01717 <br><br> Judge Andrea R. Wood <br><br> Magistrate Judge Sheila M. Finnegan |

**NOTICE OF FILING**

To: **All Counsel of Record**
*CM/ECF Email Delivery*

  Please take notice that on **July 7, 2020**, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division ***Defendants' Joint Motion for Leave to File Documents Under Seal.***

                Respectfully Submitted,

                /s/ *Anthony E. Zecchin*
                Special Assistant Corporation Counsel
                One of the attorneys for Defendant Officers

Andrew M. Hale
Brian Stefanich
William E. Bazarek
Anthony E. Zecchin
Allyson L. West
Special Assistant Corporation Counsel
Hale & Monico LLC
53 W. Jackson Blvd., Suite 337
Chicago, IL 60604

**CERTIFICATE OF SERVICE**

    I, Anthony E. Zecchin, hereby certify that on July 7, 2020, I electronically filed the foregoing, Notice of Filing, with the Clerk of the Court using the ECF system, which sent electronic notification of the filing to all counsel of record.

                                                        */s/ Anthony E. Zecchin*