**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | Master Docket Case No. 19-cv-01717 |
| | ) | |
| In re: WATTS COORDINATED | ) | Judge Andrea R. Wood |
| PRETRIAL PROCEEDINGS | ) | |
| | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |

**<u>NOTICE OF FILING</u>**

To:     **All Counsel of Record**
         *CM/ECF Email Delivery*

Please take notice that on **July 7, 2020**, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division *Defendants' Joint Motion to Supplement Their Response to Plaintiffs' Motion for a Protective Order.*

Respectfully Submitted,

/s/ *Anthony E. Zecchin*
Special Assistant Corporation Counsel
One of the attorneys for Defendant Officers

Andrew M. Hale
Brian Stefanich
William E. Bazarek
Anthony E. Zecchin
Allyson L. West
Special Assistant Corporation Counsel
Hale & Monico LLC
53 W. Jackson Blvd., Suite 337
Chicago, IL 60604

## <u>CERTIFICATE OF SERVICE</u>

I, Anthony E. Zecchin, hereby certify that on July 7, 2020, I electronically filed the foregoing, Notice of Filing, with the Clerk of the Court using the ECF system, which sent electronic notification of the filing to all counsel of record.


*/s/ Anthony E. Zecchin*