IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: WATTS COORDINATED PRETRIAL PROCEEDINGS | ) ) Master Docket Case No. 19-cv-1717 ) ) Judge Franklin U. Valderrama ) ) Magistrate Judge Sheila M. Finnegan ) ) *This Documents Relates to All Cases* ) |

**JOINT STIPULATION REGARDING PLEADINGS**

The parties to the Watts Coordinated Pretrial Proceedings, through undersigned counsel, submit the following Joint Stipulation Regarding Pleadings:

**BACKGROUND**

On September 18, 2020, the Court issued Case Management Order No. 3 ("CMO #3") regarding responsive pleadings in the cases coordinated for pretrial purposes under Master Docket Case No. 19 C 1717 (hereinafter, "Master Docket"). (Dkt. #154). In CMO #3, the Court directed the parties to meet and confer to develop procedures that would facilitate and streamline the pleadings process in the cases coordinated for pretrial purposes. In part, CMO #3 proposed a stipulation that would allow the parties to preserve their respective rights, including appellate rights, while avoiding successive, duplicative pleading. *Id*.

In compliance with the letter and spirit of CMO #3, the parties met and developed the Updated Joint Plan Regarding Responsive Pleadings (Dkt. #65). As contemplated by CMO #3, the Updated Joint Plan, in part, proposed preparation of a stipulation that would facilitate and streamline the pleadings process in the coordinated proceeding. (*Id*., ¶¶ 3, 6). Following a hearing on December 1, 2020, this Court approved the procedures proposed by the parties in that Updated Joint Plan. (Dkt. #163). This Joint Stipulation sets forth the agreement of the parties in accordance

with the instruction in CMO #3 that the parties enter into a joint stipulation that would allow the parties to preserve their respective appellate rights without the necessity of successive, duplicative pleadings. (CMO #3, ¶3).

## STIPULATION

Accordingly, the parties to the Watts Coordinated Pretrial Proceedings, through undersigned counsel, agree and stipulate to the following:

1. To avoid the need for the Loevy Plaintiffs to amend their complaints in each case pending on the Master Docket, the parties stipulate that Count II in each of those complaints shall be deemed to be labeled as follows: "Count II: 42 USC 1983 – Malicious Prosecution and Unlawful Pretrial Detention – Fourth and Fourteenth Amendments." This stipulation results in the consistent presentation of Count II in all of the Loevy Plaintiffs' complaints. This stipulation does not constitute a waiver of Defendants' rights to challenge the claims in Count II in the representative motion to dismiss, discussed below.

2. To avoid successive, duplicative pleading as directed in CMO #3, the parties have agreed, and this Court has approved, that rather than require Defendants to prepare and file individual motions to dismiss in each of the cases pending on the Master Docket in which no responsive pleadings have been filed, Defendants jointly filed two representative partial motions to dismiss under Rule 12(b): one representative motion directed to a version of the complaint filed by the Loevy firm (Dkt. #170), and a separate representative motion pertaining to a version of the complaint filed by the Flaxman firm (Dkt. #173). This Stipulation recognizes that Defendants expressly adopt and incorporate, as part of their responsive pleadings in each individual case pending on the Master Docket, the arguments and authorities set forth in the representative motions to dismiss, to the extent applicable.

3. The parties to this Joint Stipulation stipulate and agree that the Court's rulings on the representative motions to dismiss will be considered applicable to the same claims made in all other cases that are part of the Master Docket as if those rulings were made in each individual case, and that this agreement is not waived by Defendants' filing of answers to the complaints in those other cases.

4. The parties further agree and stipulate that nothing in this Stipulation constitutes a waiver of any appellate right by any party to this Stipulation. The parties to this Joint Stipulation expressly preserve in each individual case that is part of the Master Docket any and all rights to appeal the Court's rulings on the representative motions as if that ruling was made in the individual case.

Date: February 23, 2021

Respectfully submitted,

| s/ Scott Rauscher | s/ Paul A. Michalik |
|---|---|
| Jon Loevy | Terrence M. Burns |
| Russell R. Ainsworth | Paul A. Michalik |
| Joshua A. Tepfer | Daniel M. Noland |
| Tess Kleinhaus | Katherine C. Morrison |
| Scott Rauscher | Daniel J. Burns |
| Sean C. Starr | Dhaviella Harris |
| Loevy & Loevy | Reiter Burns LLP |
| 311 N. Aberdeen, 3rd Floor | 311 S. Wacker Dr., Suite 5200 |
| Chicago, IL 60607 | Chicago, IL 60606 |
| (312) 243-5900 | 312-982-0090 |

s/ Joel A. Flaxman

Kenneth N Flaxman
Joel A. Flaxman
Kenneth N. Flaxman, P.C.
200 South Michigan Avenue
Suite 201
Chicago, IL 60604-6107
(312) 427-3200

s/ Brian J. Stefanich

Andrew M. Hale
William E. Bazarek
Brian J. Stefanich
Amy Hijjawi
Anthony Zecchin
Allyson L. West
Hale & Monico
53 W. Jackson Blvd., Suite 330
Chicago, IL 60604
(312) 341-9646

s/ Ahmed Kosoko

Brian P. Gainer
Monica Gutowski
Ahmed Kosoko
Lisa McElroy
Johnson & Bell
33 W. Monroe St., Suite 2700
Chicago, IL 60603
(312) 372-0770

s/ Eric S. Palles

Eric S. Palles
Gary J. Ravitz
Sean M. Sullivan
Kathryn M. Doi
Daley Mohan Groble PC
55 W. Monroe St., Suite 1600
Chicago, IL 60603
(312) 422-9999

s/ Megan McGrath

James V. Daffada
Thomas M. Leinenweber
Michael J. Schalka
Megan McGrath
Leinenweber Barone & Daffada LLC
120 N. LaSalle St.
Suite 2000
Chicago, IL 60602
(312) 663-3003

## **CERTIFICATE OF SERVICE**

I hereby certify that on **February 23, 2021**, I electronically filed the foregoing **Parties' Joint Stipulation Regarding Pleadings** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record via the Court's CM/ECF system.

s/ Paul A. Michalik