EXHIBIT S

 Gmail

Mirzeta Causevic <mcausevic@halemonico.com>

---

## Completed Subpoena NO 19 CV 1717

**Lopez, Juana** <Juana.Lopez@illinois.gov>  
To: Mirzeta Causevic <mcausevic@halemonico.com>  
Cc: "DOC.Intel Center" <DOC.IntelCenter@illinois.gov>

Sun, Nov 5, 2023 at 2:34 PM

Good afternoon,

The following subpoena request has been fulfilled Subpoena No. 19 CV 1717 for the calls logs requested in the request I received.

Please be advised, some individuals listed in the Subpoena did not have any recorded calls during their time of incarceration.

A. B30891 CHAUNCEY, ALI — **NO CALLS**
B. R61223 WILLIAM, CARTER — 12/23/2008- 12/07/2012
C. R08666 COLEMAN, BOBBY — 07/19/2011- 09/30/2011
D. K80585 MILTON, DELANEY — 12/16/2008-03/15/2011
E. N94240 GILES, MARC — **NO CALLS**
F. R66490 GIPSON, LEONARD — **NO CALLS**
G. R59005 HARRISON, STEFON — **NO CALLS**
H. B50196 HERRON, TYRONE — **NO CALLS**
I. S00127 JACKSON, ALLEN — 05/15/2009-07/01/2009
J. M38795 LOCKETT, JESSE — **NO CALLS**
K. Y18939 LOMAX, LARRY — **NO CALLS**
L. B10636 MCNAIRY, ANDRE — (A) 07/10/2010-01/22/2013 & (B) 07/13/2015-07/06/2021 (2 call logs attached)
M. B43791 OLLIE, GEORGE — **NO CALLS**
N. R24748 ROBERTS, CLIFFORD — (A) 12/25/2008 – (B) 02/28/2013 & 11/10/2018-10/30/2023 (2 call logs attached)
O. R01451 THOMAS, HENRY — 05/31/2009-11-01/2012
P. R18126 THOMAS, PHILLIP — 02/07/2009-10/11/2009
Q. B09681 WHITE, LIONEL — 01/18/2009-10/25/2012
R. Y38661 BEADLEY, ANTWAN — **NO CALLS**
S. R47123 MOORE, ELGEN — (A) 01/26/2010-03/02/2013 & (B) 11/05/2018- 12/1/2018 (2 call logs attached)

DO-JOINT 049150

T. R47127 BRYANT, PATRICK    (A) 12/19/2008- 01/25/2009   & (B) 02/26/2021-09/17/2022 (2 call logs attached)

U. **B353163** YOUNG, Gregory    **Incorrect number / too many numbers**

Respectfully,



Juana Lopez

Intelligence Center

Stateville C.C. | Northern Reception Center

19551 W Division St| Lockport, IL | 60441

815-727-9605

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

**15 attachments**

- 2023-10-23_Subpoena - IDOC Call Logs - Test cases.pdf
  611K
- B09681 WHITE, LIONEL.docx
  193K
- B10636 MCNAIRY, ANDRE.docx
  201K
- K80585 DELANEY,MILTON.docx
  2079K
- R01451 THOMAS, HENRY.docx
  648K
- R08666 COLEMAN,BOBBY.docx
  95K

DO-JOINT 049151

- R18126 THOMAS, PHILLIP.docx  
  58K
- R24748 ROBERTS, CLIFFORD (A) .docx  
  2328K
- R24748 ROBERTS, CLIFFORD (B).xlsx  
  166K
- R47123 MOORE, ELGEN (A) .docx  
  1707K
- R47123 MOORE, ELGEN (B).xlsx  
  27K
- R47127 BRYANT, PATRICK (A).docx  
  35K
- R47127 BRYANT, PATRICK (B).xlsx  
  346K
- R61223 CARTER, WILLIAM.docx  
  923K
- S00127 JACKSON, ALLEN .docx  
  300K

DO-JOINT 049152

| | CSN | Name | ID | Pin | Called Number | Call Start | Station Name |
|---|---|---|---|---|---|---|---|
| ▸ | 30984712 | JACKSON, ALLEN | S00127 | 00127745 | 0198 | 2009-07-01 19:16:30 | IRIV REC B06 309-200-4357 |
| ▸ | 30811603 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-07-01 08:08:02 | IRIV R3 C04 309-200-4344 |
| ▸ | 30687810 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-06-30 20:04:32 | IRIV R3 C04 309-200-4344 |
| ▸ | 30585498 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-30 13:55:42 | IRIV R3 C04 309-200-4344 |
| ▸ | 30567772 | JACKSON, ALLEN | S00127 | 00127745 | 6236 | 2009-06-30 12:47:50 | IRIV R3 C04 309-200-4344 |
| ▸ | 29746094 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-25 19:17:39 | IRIV R3 C05 309-200-4341 |
| ▸ | 29736474 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-06-25 18:36:04 | IRIV R3 C04 309-200-4344 |
| ▸ | 29632376 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-06-25 08:04:11 | IRIV R3 C04 309-200-4344 |
| ▸ | 29589131 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-06-24 20:14:52 | IRIV R3 C03 309-200-4343 |
| ▸ | 29518703 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-24 13:25:50 | IRIV R3 C04 309-200-4344 |
| ▸ | 29513168 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-24 12:53:48 | IRIV R3 C06 309-200-4342 |
| ▸ | 29127628 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-21 18:40:07 | IRIV R3 C06 309-200-4342 |
| ▸ | 28876272 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-19 19:11:58 | IRIV R3 C04 309-200-4344 |
| ▸ | 28867275 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-19 18:34:05 | IRIV R3 C06 309-200-4342 |
| ▸ | 28531805 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-06-17 08:38:32 | IRIV R3 C04 309-200-4344 |
| ▸ | 28504565 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-06-16 20:26:19 | IRIV R3 C06 309-200-4342 |
| ▸ | 28496710 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-06-16 20:10:56 | IRIV R3 C05 309-200-4341 |
| ▸ | 27885844 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-06-13 08:06:37 | IRIV R3 C04 309-200-4344 |
| ▸ | 27764520 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-12 13:21:13 | IRIV R3 C06 309-200-4342 |
| ▸ | 27756875 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-12 12:51:15 | IRIV R3 C06 309-200-4342 |
| ▸ | 27668418 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-06-11 19:22:03 | IRIV R3 C06 309-200-4342 |
| ▸ | 27655840 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-11 18:51:04 | IRIV R3 C06 309-200-4342 |
| | 27461958 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-10 13:38:54 | IRIV R3 C05 309-200-4341 |
| | 27457291 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-10 13:04:20 | IRIV YARD 309-200-4378 |
| | 27382844 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-09 18:37:26 | IRIV R3 C05 309-200-4341 |
| | 27181247 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-07 19:59:57 | IRIV R3 C04 309-200-4344 |
| | 27177557 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-07 19:42:39 | IRIV R3 C03 309-200-4343 |
| | 27175760 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-07 19:32:47 | IRIV R3 C03 309-200-4343 |
| ▸ | 27070449 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-06 20:08:42 | IRIV R3 C06 309-200-4342 |
| ▸ | 26943508 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-05 19:54:52 | IRIV R3 C06 309-200-4342 |
| ▸ | 26938967 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-06-05 19:34:39 | IRIV R3 C06 309-200-4342 |
| ▸ | 26148188 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-05-29 20:34:56 | IRIV R3 C04 309-200-4344 |
| ▸ | 25869472 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-05-27 13:33:28 | IRIV R3 C03 309-200-4343 |
| ▸ | 25802880 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-05-26 19:08:34 | IRIV R3 C06 309-200-4342 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ▶ | 25795725 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-05-26 18:37:01 | IRIV R3 C06 309-200-4342 |
| ▶ | 25467002 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-05-23 20:51:02 | IRIV R3 C05 309-200-4341 |
| ▶ | 25461272 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-05-23 20:41:21 | IRIV R3 C05 309-200-4341 |
| ▶ | 25367507 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-05-23 14:11:53 | IRIV R3 C05 309-200-4341 |
| ▶ | 25285859 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-05-22 19:25:03 | IRIV R3 C05 309-200-4341 |
| ▶ | 25274571 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-05-22 18:35:51 | IRIV YARD 309-200-4378 |
| ▶ | 25128948 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-05-21 20:37:19 | IRIV R3 C05 309-200-4341 |
| ▶ | 25118296 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-05-21 20:07:20 | IRIV R3 C05 309-200-4341 |
| ▶ | 25037923 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-05-21 13:36:38 | IRIV R3 C05 309-200-4341 |
| ▶ | 25036813 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-05-21 13:30:59 | IRIV R3 C05 309-200-4341 |
| ▶ | 25028927 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-05-21 12:50:33 | IRIV R3 C05 309-200-4341 |
| ▶ | 24872953 | JACKSON, ALLEN | S00127 | 00127745 | -0198 | 2009-05-20 18:46:49 | IRIV REC B05 309-200-4356 |
| ▶ | 24689742 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-05-19 19:23:39 | IRIV REC B06 309-200-4357 |
| ▶ | 24330425 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-05-18 18:48:01 | IRIV REC B06 309-200-4357 |
| ▶ | 23774782 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-05-17 08:33:24 | IRIV REC B06 309-200-4357 |
| ▶ | 23396699 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-05-16 08:58:18 | IRIV REC B04 309-200-4358 |
| ▶ | 23280526 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-05-15 19:04:23 | IRIV REC B06 309-200-4357 |
| ▶ | 23205455 | JACKSON, ALLEN | S00127 | 00127745 | -6236 | 2009-05-15 08:57:18 | IRIV REC B05 309-200-4356 |

DO-JOINT 049080