

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# KENTUCKIANA
## — COURT REPORTERS —

# MASTER DOCKET CASE NO. 19-CV-01717

# IN RE: WATTS COORDINATED PRETRIAL PROCEEDINGS

## DEPONENT:

## DANIEL ECHEVERRIA

## DATE:

## May 30, 2023



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF

ILLINOIS EASTERN DIVISION

JUDGE VALDERRAMA

MAGISTRATE JUDGE SHEILA M. FINNEGAN

MASTER DOCKET CASE NO. 19-CV-01717

IN RE: WATTS COORDINATED PRETRIAL PROCEEDINGS

DEPONENT:  DANIEL ECHEVERRIA

DATE:      MAY 30, 2023

REPORTER:  SYDNEY LITTLE

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

## Page 6

APPEARANCES(CONTINUED)

ON BEHALF OF THE DEFENDANTS, ROBERT GONZALEZ, MANUEL LEANO, DOUGLAS NICHOLS, JR., CALVIN RIDGELL, GEROME SUMMERS, JR., LAMONICA LEWIS, JOHN RODRIGUEZ, ELSWORTH SMITH, ALVIN JONES, DARRYL EDWARDS, REBECCA BOGARD, BRIAN BOLTON, MIGUEL CABRALES, FRANKIE LANE:

William Bazarek, Esquire

Hale & Monico

Monadnock Building

53 West Jackson Boulevard

Suite 337

Chicago, Illinois 60604

Telephone No.: (312) 500-2951

E-mail: awest@HaleMonico.com

(Appeared Via videoconference)

Also Present:  Krystal Barnes, Videographer

## Page 7

INDEX

Page

PROCEEDINGS                                   9
DIRECT EXAMINATION BY MS. KLEINHAUS          10
CONFIDENTIAL PORTION REDACTED                85

EXHIBITS

Exhibit                                       Page
1 - Synopsis of City of Chicago -
    CITY-BG-023839-023840 (CONFIDENTIAL)    84
2 - Federal Bureau of Investigation
    Transcription January 26, 2009
    - FBI00077-00088 (CONFIDENTIAL)
3 - To-From Memorandums (CONFIDENTIAL)
4 - Cooperating Individual Request Organized
    Crime Division/Chicago Police Department
    August 17, 2010 - CITY-BG-060365-060369
5 - Federal Bureau of Investigation
    Transcription September 15, 2009
    (CONFIDENTIAL)

    [EXHIBITS 2-5 MARKED IN CONFIDENTIAL TRANSCRIPT]

## Page 8

STIPULATION

The VIDEO deposition of DANIEL ECHEVERRIA was taken at LOEVY & LOEVY, 311 NORTH ABERDEEN STREET, CHICAGO, ILLINOIS 60607, in person and via videoconference in which some participants attended remotely, on TUESDAY the 30th day of MAY 2023 at 10:07 a.m. (CT); said VIDEO deposition was taken pursuant to the FEDERAL Rules of Civil Procedure.

It is agreed that SYDNEY LITTLE, being a Notary Public and Court Reporter for the State of ILLINOIS, may swear the witness.

## Page 9

PROCEEDINGS

THE VIDEOGRAPHER:  My name is Krystal Barnes. I'm the videographer today.  And Sydney Little is the court reporter.  Today is the 30th date of May 2023, and the time is 10:07 a.m. Central Time.  We are at offices of Loevy & Loevy to take the deposition of Daniel Echeverria in the matter of the last coordinated pretrial proceeding pending in the United States District Court in the northern District of Illinois, the Eastern Division, Master Docket case number 19-CV- 01717.  Will Counsel please identify themselves for the record?

MS. KLEINHAUS:  Good morning, Theresa Kleinhaus on behalf of the Loevy plaintiffs.

MR. TEPFER:  Josh Tepfer on behalf of the Loevy plaintiff.

MR. FLAXMAN:  Joel Flaxman for the Flaxman plaintiffs.

MR. NOLAND:  Daniel Nolan for the City of Chicago and Supervisory Defendants.

MR. BAZAREK:  William Bazarek for individual defendants represented by Hale & Monico.

MR. GAINER:  Brian Gainer on behalf of Ronald Watts.  For those of you in the room, if you could just keep your voices up.  I'm having a little hard

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 82

that you were doing on the Watts investigation?

A.   In-person.  He was our direct supervisor.  He would meet us, you know, daily, every other day, whatever, or he'd check in on the phone.  How is it going?  How is it looking?  What are you guys up to?  Any concerns, we go to the supervisor.

Q.   Did your supervisor from IAD change at any point when you were working on the Watts investigation?

A.   Yes, it did.

Q.   Who did it change to?

A.   Tina -- Tina Skahill was no longer chief.  It was Ron Rivera.  And then at one point, it was no longer Tom Chester being the liaison.  It was Al Baumer.

Q.   And do you recall approximately when that change from Chester to Baumer took place?

A.   No.  I can't give you an exact time frame.

Q.   Okay.  Are you familiar with the name Reggie Fisher?

A.   Yes.

Q.   Okay.  Who is Reggie Fisher?

A.   A concerned citizen.

Q.   He was one of the concerned citizens?  Okay.

A.   Remember I say it was one of the Fishers?  The Fisher name?

Q.   Yes.

Page 83

A.   He was a Fisher.  And there was also a female, which I'll say was his mom as well.

Q.   Okay.  I see.  And how did you first become familiar with Reggie Fisher?

A.   I tried to catch him, too.

Q.   Is he someone that you debriefed when you were in narcotics?

A.   No.

Q.   Did he give you information related to misconduct by Watts and members of his team?

A.   He may have elaborated that one time.

Q.   What information did he provide to you?

A.   That Watts was a tit for tat type of thing.

Q.   And what did you understand that to mean?

A.   He wants to get paid.

Q.   What about do -- did you know anyone with the last name Mines?

A.   I can't -- don't remember, don't recall.

MS. KLEINHAUS:  Okay.  Folks on Zoom, were you sent a link with some potential exhibits today?

MR. GAINER:  Yes.  We received a link earlier and then one that just said updated exhibits just now.

MS. KLEINHAUS:  Okay.  Great.  Thank you. Okay.  Sir, I'm going to give you what we'll mark as our

Page 84

first exhibit.  Folks on Zoom, this is marked at the bottom City BG 023839 through 40.

(EXHIBIT 1 MARKED FOR IDENTIFICATION)

BY MS. KLEINHAUS:

Q.   Here, you can just take a moment to review that and then I'll ask you some questions about it.

A.   I just skim over it.

Q.   Do you have a --

A.   I'm not going to read word for word.  I can just recall as we go.

Q.   Okay.  Are you -- have you seen this document before?

A.   I don't think I have.

Q.   Okay.  And having reviewed it, do you know who drafted this document?

A.   No.

Q.   Okay.  It summarizes some information that you and Shannon Spalding had gathered related to the investigation of Ronald Watts, correct?

A.   Okay.

MR. GAINER:  Objection.  Foundation.

BY MS. KLEINHAUS:

Q.   And having reviewed this, it discusses in the first -- all right.  I'm sorry, this -- the second full paragraph.

Page 85

MR. NOLAND:  Just -- I might get designated reading of detail --

MS. KLEINHAUS:  Oh, sure.  Okay.  Sure.  Let's go on the confidential record, please.

(CONFIDENTIAL PORTION REDACTED)

MS. KLEINHAUS:  All right.  I don't have any other questions for you.  We can go off the record.

THE VIDEOGRAPHER:  All right.  We are off the record.  The time is --

MR. BAZAREK:  Well, are we -- I thought that the officer is here until 3:30?

THE WITNESS:  Do you have any questions?

MR. BAZAREK:  Yes.

MS. KLEINHAUS:  Can we -- let's get this on the record, okay?

THE REPORTER:  We're still on.

MS. KLEINHAUS:  Oh, we're still on.

THE REPORTER:  Yeah.

MS. KLEINHAUS:  I'm sorry, my bad.  So my understanding is that defendants are asking this witness questions tomorrow and reserved tomorrow to do that; is that right?

MR. BAZAREK:  Well, I thought we were going to go a full day.  If we're not going a full day, there's still 15 minutes left, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 86

MS. KLEINHAUS:  Sure.  I mean, you can go ahead and start if you want to start today.

MR. BAZAREK:  Okay.

MS. KLEINHAUS:  And the witness wants to stay. He's already had several hours on the record.  So it's up to you, sir?

MR. BAZAREK:  No.  Officer --

THE WITNESS:  I'm done for today.  You can depose me tomorrow with corporation Counsel.

MS. KLEINHAUS:  Okay.  All right.  We'll go off the record.

THE VIDEOGRAPHER:  We're now off the record. The time is 3:13 p.m.

(DEPOSITION CONCLUDED AT 3:13 P.M. (CT))

Page 87

CERTIFICATE OF REPORTER

STATE OF ILLINOIS

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page hereof by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skills and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.

OFFICIAL SEAL
SYDNEY LITTLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES MARCH 18, 2026

SYDNEY LITTLE,

COURT REPORTER / NOTARY

COMMISSION EXPIRES ON: 03/18/2026

SUBMITTED ON: 06/07/2023

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com