

## 19-cv-1717: Notice of Deposition: Echeverria

**From:** Theresa Kleinhaus <tess@loevy.com>
**Sent:** Wednesday, May 31, 2023 6:49 AM
**To:** Lilia Martinez <martinez@loevy.com>
**Cc:** Amy Hijjawi <ahijjawi@ahalelaw.com>; Andy Hale <Andy@halemonico.com>; awest@ahalelaw.com; azecchin@ahalelaw.com; bstefanich@ahalelaw.com; Claire Finn <cfinn@halemonico.com>; cjg@kenlaw.com; Daniel Neville <dneville@reiterburns.com>; Daniel M. Noland <dnoland@reiterburns.com>; Elizabeth Ekl <eekl@reiterburns.com>; Eric Palles <epalles@daleymohan.com>; Frank Rocco <frocco@daleymohan.com>; Fiona Winfrey <fwinfrey@daleymohan.com>; gainerb <gainerb@jbltd.com>; Gianna Gizzi <gizzi@loevy.com>; Gary Ravitz <gravitz@daleymohan.com>; Roble <groble@daleymohan.com>; gutowskim <gutowskim@jbltd.com>; Joel Flaxman <jaf@kenlaw.com>; Jim Daffada <jim@ilesq.com>; Josh Tepfer <josh@loevy.com>; Kevin Zibolski <kevin@ilesq.com>; Katherine C. Morrison <kmorrison@reiterburns.com>; Kenneth Flaxman <knf@kenlaw.com>; Kelly Olivier <kolivier@halemonico.com>; lisaa@daleymohan.com; Lohith Ramanujam <lo@halemonico.com>; Mariah Garcia <mariah@loevy.com>; Maria Avitia <mavitia@reiterburns.com>; Mirzeta Causevic <mcausevic@halemonico.com>; Lisa M. McElroy <mcelroyl@jbltd.com>; Rebecca A. Milton <MiltonR@jbltd.com>; Michael J. Schalka <mjs@ilesq.com>; Megan McGrath <mkm@ilesq.com>; ojackson@ahalelaw.com; Elizabeth Paukstis <paukstis@loevy.com>; Paul A. Michalik <pmichalik@reiterburns.com>; Scott Rauscher <scott@loevy.com>; Sean Starr <sean@loevy.com>; Sean Sullivan <ssullivan@daleymohan.com>; Terrence M. Burns <tburns@reiterburns.com>; Thomas Leinenweber <thomas@ilesq.com>; Bill Bazarek <wbazarek@ahalelaw.com>; Octavia Jackson <ojackson@halemonico.com>; Wally Hilke <hilke@loevy.com>; Valerie Barajas <valerie@loevy.com>
**Subject:** Re: 19-cv-1717: Notice of Deposition: Echeverria

Counsel,

Mr. Echeverria's attorney informed me that he is in the hospital with a ████████ and will not be able to appear today for his continued deposition.

Tess

On Thu, May 18, 2023, 4:07 PM Lilia Martinez <martinez@loevy.com> wrote:

> Greetings Counsel,
>
> Please find the following deponent's deposition notice attached. The Zoom link will follow shortly for those who will appear remotely.

| DEPONENT | DATE | TIME | LOCATION |
|---|---|---|---|

| Daniel Echeverria | May 30, 2023 | 10:00 a.m. | LOEVY & LOEVY<br>311 N. Aberdeen<br>3rd Floor<br>Chicago, IL 60607 |
| --- | --- | --- | --- |
| Daniel Echeverria | May 31, 2023 | 10:00 a.m. | Reiter and Burns<br>311 S Wacker Dr, Chicago, IL 60606 |

Best regards,

Lilia Martinez (*She/Her/Ella*)

Civil Rights Paralegal

**LOEVY & LOEVY**

311 N. Aberdeen, 3rd Floor

Chicago, IL 60607

Main: (312) 243-5900

Cell: (464) 204-9418