

## In re Watts 19-CV-1717 and 16-CV-8940 | Notice of Deposition

**From:** web@halemonico.com <web@halemonico.com>
**Sent:** Sunday, August 11, 2024 12:47 PM
**To:** 'Tom Devine' <TomD@whistleblower.org>; 'Eric Palles' <epalles@mohangroble.com>; 'Joel Flaxman' <jaf@kenlaw.com>; 'Frank Rocco' <frocco@mohangroble.com>
**Cc:** 'Mirzeta Causevic' <mcausevic@halemonico.com>; 'Jon Loevy' <jon@loevy.com>; 'Arthur Loevy' <arthur@loevy.com>; 'Josh Tepfer' <josh@loevy.com>; 'Ainsworth, Russell' <russell@loevy.com>; 'Scott Rauscher' <scott@loevy.com>; 'Theresa Kleinhaus' <tess@loevy.com>; 'Sean Starr' <sean@loevy.com>; 'Wally Hilke' <hilke@loevy.com>; 'Gianna Gizzi' <gizzi@loevy.com>; 'Valerie Barajas' <valerie@loevy.com>; 'Lilia Martinez' <martinez@loevy.com>; 'Kenneth Flaxman' <knf@kenlaw.com>; 'Brian P. Gainer' <gainerb@jbltd.com>; 'Taylor A. Atwater' <atwatert@jbltd.com>; 'Monica Burkoth' <burkothm@jbltd.com>; 'Lisa M. McElroy' <mcelroyl@jbltd.com>; miana@jbltd.com; 'Rebecca A. Milton' <miltonr@jbltd.com>; TScahill@borkanscahill.com; sborkan@borkanscahill.com; 'Elena Favela' <elena@borkanscahill.com>; 'Terrence M. Burns' <tburns@burnsnoland.com>; 'Daniel Burns' <dburns@burnsnoland.com>; 'Paul A. Michalik' <pmichalik@burnsnoland.com>; 'Daniel M. Noland' <dnoland@burnsnoland.com>; 'Katherine C. Morrison' <kmorrison@burnsnoland.com>; 'Elizabeth Ekl' <eekl@burnsnoland.com>; 'Dhaviella Harris' <dharris@burnsnoland.com>; 'Maria Avitia' <mavitia@burnsnoland.com>; 'Daniel Neville' <dneville@burnsnoland.com>; 'Jim Daffada' <jim@ilesq.com>; 'Thomas Leinenweber' <thomas@ilesq.com>; 'Michael J. Schalka' <mjs@ilesq.com>; 'Kevin Zibolski' <kevin@ilesq.com>; jrs@ilesq.com; 'Kelly Olivier' <kolivier@halemonico.com>; 'Jason Marx' <jmarx@halemonico.com>; 'Hannah Beswick-Hale' <hannah@halemonico.com>; dhelmuth@halemonico.com; 'Lohith Ramanujam' <lo@halemonico.com>; icausevic@halemonico.com; 'Lisa Altukhova' <lisaa@mohangroble.com>; 'Fiona Winfrey' <fwinfrey@mohangroble.com>; 'Sean Sullivan' <ssullivan@mohangroble.com>; 'Mirzeta Causevic' <mcausevic@halemonico.com>
**Subject:** RE: In re Watts 19-CV-1717 and 16-CV-8940 | Notice of Deposition

Hi Tom – I just emailed login info to you and your client.

Thanks

WEB

**From:** Tom Devine <TomD@whistleblower.org>
**Sent:** Sunday, August 11, 2024 11:52 AM
**To:** web@halemonico.com; 'Eric Palles' <epalles@mohangroble.com>; 'Joel Flaxman' <jaf@kenlaw.com>; 'Frank Rocco' <frocco@mohangroble.com>
**Cc:** 'Mirzeta Causevic' <mcausevic@halemonico.com>; 'Jon Loevy' <jon@loevy.com>; 'Arthur Loevy'

<arthur@loevy.com>; 'Josh Tepfer' <josh@loevy.com>; 'Ainsworth, Russell' <russell@loevy.com>; 'Scott Rauscher' <scott@loevy.com>; 'Theresa Kleinhaus' <tess@loevy.com>; 'Sean Starr' <sean@loevy.com>; 'Wally Hilke' <hilke@loevy.com>; 'Gianna Gizzi' <gizzi@loevy.com>; 'Valerie Barajas' <valerie@loevy.com>; 'Lilia Martinez' <martinez@loevy.com>; 'Kenneth Flaxman' <knf@kenlaw.com>; 'Brian P. Gainer' <gainerb@jbltd.com>; 'Taylor A. Atwater' <atwatert@jbltd.com>; 'Monica Burkoth' <burkothm@jbltd.com>; 'Lisa M. McElroy' <mcelroyl@jbltd.com>; miana@jbltd.com; 'Rebecca A. Milton' <miltonr@jbltd.com>; TScahill@borkanscahill.com; sborkan@borkanscahill.com; 'Elena Favela' <elena@borkanscahill.com>; 'Terrence M. Burns' <tburns@burnsnoland.com>; 'Daniel Burns' <dburns@burnsnoland.com>; 'Paul A. Michalik' <pmichalik@burnsnoland.com>; 'Daniel M. Noland' <dnoland@burnsnoland.com>; 'Katherine C. Morrison' <kmorrison@burnsnoland.com>; 'Elizabeth Ekl' <eekl@burnsnoland.com>; 'Dhaviella Harris' <dharris@burnsnoland.com>; 'Maria Avitia' <mavitia@burnsnoland.com>; 'Daniel Neville' <dneville@burnsnoland.com>; 'Jim Daffada' <jim@ilesq.com>; 'Thomas Leinenweber' <thomas@ilesq.com>; 'Michael J. Schalka' <mjs@ilesq.com>; 'Kevin Zibolski' <kevin@ilesq.com>; jrs@ilesq.com; 'Kelly Olivier' <kolivier@halemonico.com>; 'Jason Marx' <jmarx@halemonico.com>; 'Hannah Beswick-Hale' <hannah@halemonico.com>; dhelmuth@halemonico.com; 'Lohith Ramanujam' <lo@halemonico.com>; icausevic@halemonico.com; 'Lisa Altukhova' <lisaa@mohangroble.com>; 'Fiona Winfrey' <fwinfrey@mohangroble.com>; 'Sean Sullivan' <ssullivan@mohangroble.com>; 'Mirzeta Causevic' <mcausevic@halemonico.com>
**Subject:** RE: In re Watts 19-CV-1717 and 16-CV-8940 | Notice of Deposition

Hi William,

Just back in the country and obfirmed his availability. I may have missed but can't find a Zoom or other link. You need to resend to both of us so we can participate. Danny's email is dme247@gmail.com.

Regards, Tom

---

**From:** web@halemonico.com <web@halemonico.com>
**Sent:** Saturday, August 10, 2024 1:41 PM
**To:** Tom Devine <TomD@whistleblower.org>; 'Eric Palles' <epalles@mohangroble.com>; 'Joel Flaxman' <jaf@kenlaw.com>; 'Frank Rocco' <frocco@mohangroble.com>
**Cc:** 'Mirzeta Causevic' <mcausevic@halemonico.com>; 'Jon Loevy' <jon@loevy.com>; 'Arthur Loevy' <arthur@loevy.com>; 'Josh Tepfer' <josh@loevy.com>; 'Ainsworth, Russell' <russell@loevy.com>; 'Scott Rauscher' <scott@loevy.com>; 'Theresa Kleinhaus' <tess@loevy.com>; 'Sean Starr' <sean@loevy.com>; 'Wally Hilke' <hilke@loevy.com>; 'Gianna Gizzi' <gizzi@loevy.com>; 'Valerie Barajas' <valerie@loevy.com>; 'Lilia Martinez' <martinez@loevy.com>; 'Kenneth Flaxman' <knf@kenlaw.com>; 'Brian P. Gainer' <gainerb@jbltd.com>; 'Taylor A. Atwater' <atwatert@jbltd.com>; 'Monica Burkoth' <burkothm@jbltd.com>; 'Lisa M. McElroy' <mcelroyl@jbltd.com>; miana@jbltd.com; 'Rebecca A. Milton' <miltonr@jbltd.com>; TScahill@borkanscahill.com; sborkan@borkanscahill.com; 'Elena Favela' <elena@borkanscahill.com>; 'Terrence M. Burns' <tburns@burnsnoland.com>; 'Daniel Burns' <dburns@burnsnoland.com>; 'Paul A. Michalik' <pmichalik@burnsnoland.com>; 'Daniel M. Noland' <dnoland@burnsnoland.com>; 'Katherine C. Morrison' <kmorrison@burnsnoland.com>; 'Elizabeth Ekl' <eekl@burnsnoland.com>; 'Dhaviella Harris' <dharris@burnsnoland.com>; 'Maria Avitia' <mavitia@burnsnoland.com>; 'Daniel Neville' <dneville@burnsnoland.com>; 'Jim Daffada' <jim@ilesq.com>; 'Thomas Leinenweber' <thomas@ilesq.com>; 'Michael J. Schalka' <mjs@ilesq.com>; 'Kevin Zibolski' <kevin@ilesq.com>; jrs@ilesq.com; 'Kelly Olivier' <kolivier@halemonico.com>; 'Jason Marx' <jmarx@halemonico.com>; 'Hannah Beswick-Hale' <hannah@halemonico.com>; dhelmuth@halemonico.com; 'Lohith Ramanujam' <lo@halemonico.com>; icausevic@halemonico.com; 'Lisa Altukhova' <lisaa@mohangroble.com>; 'Fiona Winfrey'

<fwinfrey@mohangroble.com>; 'Sean Sullivan' <ssullivan@mohangroble.com>; 'Mirzeta Causevic' <mcausevic@halemonico.com>
**Subject:** RE: In re Watts 19-CV-1717 and 16-CV-8940 | Notice of Deposition

Hi Tom – I have not heard otherwise, so I assume Monday deposition is a go.

---

**From:** Tom Devine <TomD@whistleblower.org>
**Sent:** Friday, August 9, 2024 11:45 AM
**To:** web@halemonico.com; 'Eric Palles' <epalles@mohangroble.com>; 'Joel Flaxman' <jaf@kenlaw.com>; 'Frank Rocco' <frocco@mohangroble.com>
**Cc:** 'Mirzeta Causevic' <mcausevic@halemonico.com>; 'Jon Loevy' <jon@loevy.com>; 'Arthur Loevy' <arthur@loevy.com>; 'Josh Tepfer' <josh@loevy.com>; 'Ainsworth, Russell' <russell@loevy.com>; 'Scott Rauscher' <scott@loevy.com>; 'Theresa Kleinhaus' <tess@loevy.com>; 'Sean Starr' <sean@loevy.com>; 'Wally Hilke' <hilke@loevy.com>; 'Gianna Gizzi' <gizzi@loevy.com>; 'Valerie Barajas' <valerie@loevy.com>; 'Lilia Martinez' <martinez@loevy.com>; 'Kenneth Flaxman' <knf@kenlaw.com>; 'Brian P. Gainer' <gainerb@jbltd.com>; 'Taylor A. Atwater' <atwatert@jbltd.com>; 'Monica Burkoth' <burkothm@jbltd.com>; 'Lisa M. McElroy' <mcelroyl@jbltd.com>; miana@jbltd.com; 'Rebecca A. Milton' <miltonr@jbltd.com>; TScahill@borkanscahill.com; sborkan@borkanscahill.com; 'Elena Favela' <elena@borkanscahill.com>; 'Terrence M. Burns' <tburns@burnsnoland.com>; 'Daniel Burns' <dburns@burnsnoland.com>; 'Paul A. Michalik' <pmichalik@burnsnoland.com>; 'Daniel M. Noland' <dnoland@burnsnoland.com>; 'Katherine C. Morrison' <kmorrison@burnsnoland.com>; 'Elizabeth Ekl' <eekl@burnsnoland.com>; 'Dhaviella Harris' <dharris@burnsnoland.com>; 'Maria Avitia' <mavitia@burnsnoland.com>; 'Daniel Neville' <dneville@burnsnoland.com>; 'Jim Daffada' <jim@ilesq.com>; 'Thomas Leinenweber' <thomas@ilesq.com>; 'Michael J. Schalka' <mjs@ilesq.com>; 'Kevin Zibolski' <kevin@ilesq.com>; jrs@ilesq.com; 'Kelly Olivier' <kolivier@halemonico.com>; 'Jason Marx' <jmarx@halemonico.com>; 'Hannah Beswick-Hale' <hannah@halemonico.com>; dhelmuth@halemonico.com; 'Lohith Ramanujam' <lo@halemonico.com>; icausevic@halemonico.com; 'Lisa Altukhova' <lisaa@mohangroble.com>; 'Fiona Winfrey' <fwinfrey@mohangroble.com>; 'Sean Sullivan' <ssullivan@mohangroble.com>; 'Mirzeta Causevic' <mcausevic@halemonico.com>
**Subject:** RE: In re Watts 19-CV-1717 and 16-CV-8940 | Notice of Deposition

Hi,

Will doublecheck.

---

**From:** web@halemonico.com <web@halemonico.com>
**Sent:** Friday, August 9, 2024 12:00 PM
**To:** Tom Devine <TomD@whistleblower.org>; 'Eric Palles' <epalles@mohangroble.com>; 'Joel Flaxman' <jaf@kenlaw.com>; 'Frank Rocco' <frocco@mohangroble.com>
**Cc:** 'Mirzeta Causevic' <mcausevic@halemonico.com>; 'Jon Loevy' <jon@loevy.com>; 'Arthur Loevy' <arthur@loevy.com>; 'Josh Tepfer' <josh@loevy.com>; 'Ainsworth, Russell' <russell@loevy.com>; 'Scott Rauscher' <scott@loevy.com>; 'Theresa Kleinhaus' <tess@loevy.com>; 'Sean Starr' <sean@loevy.com>; 'Wally Hilke' <hilke@loevy.com>; 'Gianna Gizzi' <gizzi@loevy.com>; 'Valerie Barajas' <valerie@loevy.com>; 'Lilia Martinez' <martinez@loevy.com>; 'Kenneth Flaxman' <knf@kenlaw.com>; 'Brian P. Gainer' <gainerb@jbltd.com>; 'Taylor A. Atwater' <atwatert@jbltd.com>; 'Monica Burkoth' <burkothm@jbltd.com>; 'Lisa M. McElroy' <mcelroyl@jbltd.com>; miana@jbltd.com; 'Rebecca A. Milton' <miltonr@jbltd.com>;

TScahill@borkanscahill.com; sborkan@borkanscahill.com; 'Elena Favela' <elena@borkanscahill.com>; 'Terrence M. Burns' <tburns@burnsnoland.com>; 'Daniel Burns' <dburns@burnsnoland.com>; 'Paul A. Michalik' <pmichalik@burnsnoland.com>; 'Daniel M. Noland' <dnoland@burnsnoland.com>; 'Katherine C. Morrison' <kmorrison@burnsnoland.com>; 'Elizabeth Ekl' <eekl@burnsnoland.com>; 'Dhaviella Harris' <dharris@burnsnoland.com>; 'Maria Avitia' <mavitia@burnsnoland.com>; 'Daniel Neville' <dneville@burnsnoland.com>; 'Jim Daffada' <jim@ilesq.com>; 'Thomas Leinenweber' <thomas@ilesq.com>; 'Michael J. Schalka' <mjs@ilesq.com>; 'Kevin Zibolski' <kevin@ilesq.com>; jrs@ilesq.com; 'Kelly Olivier' <kolivier@halemonico.com>; 'Jason Marx' <jmarx@halemonico.com>; 'Hannah Beswick-Hale' <hannah@halemonico.com>; dhelmuth@halemonico.com; 'Lohith Ramanujam' <lo@halemonico.com>; icausevic@halemonico.com; 'Lisa Altukhova' <lisaa@mohangroble.com>; 'Fiona Winfrey' <fwinfrey@mohangroble.com>; 'Sean Sullivan' <ssullivan@mohangroble.com>; 'Mirzeta Causevic' <mcausevic@halemonico.com>

**Subject:** RE: In re Watts 19-CV-1717 and 16-CV-8940 | Notice of Deposition

Hi Tom – I am reaching out to confirm that Mr. Echeverria will be attending his August 12 deposition.

Thanks

**William E. Bazarek**

Partner

Hale & Monico LLC

53 W. Jackson Blvd.

Suite 334

Chicago, Illinois 60604

(312) 870-6902

web@halemonico.com

---

**From:** Tom Devine <TomD@whistleblower.org>
**Sent:** Wednesday, July 24, 2024 11:17 AM
**To:** Eric Palles <epalles@mohangroble.com>; Joel Flaxman <jaf@kenlaw.com>; Frank Rocco <frocco@mohangroble.com>
**Cc:** Mirzeta Causevic <mcausevic@halemonico.com>; Jon Loevy <jon@loevy.com>; Arthur Loevy <arthur@loevy.com>; Josh Tepfer <josh@loevy.com>; Ainsworth, Russell <russell@loevy.com>; Scott Rauscher <scott@loevy.com>; Theresa Kleinhaus <tess@loevy.com>; Sean Starr <sean@loevy.com>; Wally Hilke <hilke@loevy.com>; Gianna Gizzi <gizzi@loevy.com>; Valerie Barajas <valerie@loevy.com>; Lilia Martinez

<martinez@loevy.com>; Kenneth Flaxman <knf@kenlaw.com>; Brian P. Gainer <gainerb@jbltd.com>; Taylor A. Atwater <atwatert@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Lisa M. McElroy <mcelroyl@jbltd.com>; miana@jbltd.com; Rebecca A. Milton <miltonr@jbltd.com>; TScahill@borkanscahill.com; sborkan@borkanscahill.com; Elena Favela <elena@borkanscahill.com>; Terrence M. Burns <tburns@burnsnoland.com>; Daniel Burns <dburns@burnsnoland.com>; Paul A. Michalik <pmichalik@burnsnoland.com>; Daniel M. Noland <dnoland@burnsnoland.com>; Katherine C. Morrison <kmorrison@burnsnoland.com>; Elizabeth Ekl <eekl@burnsnoland.com>; Dhaviella Harris <dharris@burnsnoland.com>; Maria Avitia <mavitia@burnsnoland.com>; Daniel Neville <dneville@burnsnoland.com>; Jim Daffada <jim@ilesq.com>; Thomas Leinenweber <thomas@ilesq.com>; Michael J. Schalka <mjs@ilesq.com>; Kevin Zibolski <kevin@ilesq.com>; jrs@ilesq.com; William Bazarek <web@halemonico.com>; Kelly Olivier <kolivier@halemonico.com>; Jason Marx <jmarx@halemonico.com>; Hannah Beswick-Hale <hannah@halemonico.com>; dhelmuth@halemonico.com; Lohith Ramanujam <lo@halemonico.com>; icausevic@halemonico.com; Lisa Altukhova <lisaa@mohangroble.com>; Fiona Winfrey <fwinfrey@mohangroble.com>; Sean Sullivan <ssullivan@mohangroble.com>
**Subject:** RE: In re Watts 19-CV-1717 and 16-CV-8940 | Notice of Deposition

Hi,

Barring some unscheduled law enforcement emergency duty, the August date is fine for Mr. Echeverria. I just reached Ms. Spalding, and she is conditionally available for the 29th. Re/timing, it would need to be 3-5 EST, or 2-4 CST. That's an hour later than requested. Also, she never has received a copy of the transcript for the first part of her deposition in Florida and must review it. Because of her travel schedule, she must receive it by noon tomorrow in order to properly prepare. Please send electronically. Her address is ███████████████████████████ If that is not possible, the deposition will need to be rescheduled for August.

Thanks, Tom

.

**From:** Eric Palles <epalles@mohangroble.com>
**Sent:** Monday, July 22, 2024 4:01 PM
**To:** Joel Flaxman <jaf@kenlaw.com>; Frank Rocco <frocco@mohangroble.com>
**Cc:** Mirzeta Causevic <mcausevic@halemonico.com>; Jon Loevy <jon@loevy.com>; Arthur Loevy <arthur@loevy.com>; Josh Tepfer <josh@loevy.com>; Ainsworth, Russell <russell@loevy.com>; Scott Rauscher <scott@loevy.com>; Theresa Kleinhaus <tess@loevy.com>; Sean Starr <sean@loevy.com>; Wally Hilke <hilke@loevy.com>; Gianna Gizzi <gizzi@loevy.com>; Valerie Barajas <valerie@loevy.com>; Lilia Martinez <martinez@loevy.com>; Kenneth Flaxman <knf@kenlaw.com>; Brian P. Gainer <gainerb@jbltd.com>; Taylor A. Atwater <atwatert@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Lisa M. McElroy <mcelroyl@jbltd.com>; miana@jbltd.com; Rebecca A. Milton <miltonr@jbltd.com>; tscahill@borkanscahill.com; sborkan@borkanscahill.com; Tom Devine <TomD@whistleblower.org>; Elena Favela <elena@borkanscahill.com>; Terrence M. Burns <tburns@burnsnoland.com>; Daniel Burns <dburns@burnsnoland.com>; Paul A. Michalik <pmichalik@burnsnoland.com>; Daniel M. Noland <dnoland@burnsnoland.com>; Katherine C. Morrison <kmorrison@burnsnoland.com>; Elizabeth Ekl <eekl@burnsnoland.com>; Dhaviella Harris <dharris@burnsnoland.com>; Maria Avitia <mavitia@burnsnoland.com>; Daniel Neville <dneville@burnsnoland.com>; Jim Daffada <jim@ilesq.com>; Thomas Leinenweber <thomas@ilesq.com>; Michael J. Schalka <mjs@ilesq.com>; Kevin Zibolski <kevin@ilesq.com>; jrs@ilesq.com; William Bazarek <web@halemonico.com>; Kelly Olivier <kolivier@halemonico.com>; Jason Marx <jmarx@halemonico.com>; Hannah Beswick-Hale <hannah@halemonico.com>; dhelmuth@halemonico.com; Lohith Ramanujam <lo@halemonico.com>; icausevic@halemonico.com; Lisa Altukhova <lisaa@mohangroble.com>; Fiona Winfrey

<fwinfrey@mohangroble.com>; Sean Sullivan <ssullivan@mohangroble.com>
**Subject:** RE: In re Watts 19-CV-1717 and 16-CV-8940 | Notice of Deposition

Regarding Spalding, Tom Devine proposed the date and I have yet to hear that Shannon can't make it.

E r i c   S .   P a l l e s   |   **Mohan Groble Scolaro, PC**

**T** 312.422.5534 | **M** 773.633.6674 | **E** epalles@mohangroble.com

55 West Monroe, Ste. 1600, Chicago, IL 60603

**www.mohangroble.com**

---

**From:** Joel Flaxman <jaf@kenlaw.com>
**Sent:** Monday, July 22, 2024 2:59 PM
**To:** Frank Rocco <frocco@mohangroble.com>
**Cc:** Mirzeta Causevic <mcausevic@halemonico.com>; Jon Loevy <jon@loevy.com>; Arthur Loevy <arthur@loevy.com>; Josh Tepfer <josh@loevy.com>; Ainsworth, Russell <russell@loevy.com>; Scott Rauscher <scott@loevy.com>; Theresa Kleinhaus <tess@loevy.com>; Sean Starr <sean@loevy.com>; Wally Hilke <hilke@loevy.com>; Gianna Gizzi <gizzi@loevy.com>; Valerie Barajas <valerie@loevy.com>; Lilia Martinez <martinez@loevy.com>; Kenneth Flaxman <knf@kenlaw.com>; Brian P. Gainer <gainerb@jbltd.com>; Taylor A. Atwater <atwatert@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Lisa M. McElroy <mcelroyl@jbltd.com>; miana@jbltd.com; Rebecca A. Milton <miltonr@jbltd.com>; tscahill@borkanscahill.com; sborkan@borkanscahill.com; TomD@whistleblower.org; Elena Favela <elena@borkanscahill.com>; Terrence M. Burns <tburns@burnsnoland.com>; Daniel Burns <dburns@burnsnoland.com>; Paul A. Michalik <pmichalik@burnsnoland.com>; Daniel M. Noland <dnoland@burnsnoland.com>; Katherine C. Morrison <kmorrison@burnsnoland.com>; Elizabeth Ekl <eekl@burnsnoland.com>; Dhaviella Harris <dharris@burnsnoland.com>; Maria Avitia <mavitia@burnsnoland.com>; Daniel Neville <dneville@burnsnoland.com>; Jim Daffada <jim@ilesq.com>; Thomas Leinenweber <thomas@ilesq.com>; Michael J. Schalka <mjs@ilesq.com>; Kevin Zibolski <kevin@ilesq.com>; jrs@ilesq.com; William Bazarek <web@halemonico.com>; Kelly Olivier <kolivier@halemonico.com>; Jason Marx <jmarx@halemonico.com>; Hannah Beswick-Hale <hannah@halemonico.com>; dhelmuth@halemonico.com; Lohith Ramanujam <lo@halemonico.com>; icausevic@halemonico.com; Eric Palles <epalles@mohangroble.com>; Lisa Altukhova <lisaa@mohangroble.com>; Fiona Winfrey <fwinfrey@mohangroble.com>; Sean Sullivan <ssullivan@mohangroble.com>
**Subject:** Re: In re Watts 19-CV-1717 and 16-CV-8940 | Notice of Deposition

Is this deposition confirmed with the witness? I have the same question about the notice to Echeverria for 8/12/24. Thanks!

---

Joel Flaxman
Law Offices of Kenneth N. Flaxman P.C.
200 S Michigan Ave, Ste 201
Chicago, IL 60604

(312) 427-3200
(312) 427-3930 (fax)
www.kenlaw.com

On Wed, Jul 17, 2024 at 2:10 PM Frank Rocco <frocco@mohangroble.com> wrote:

Counsel,

Please find the Notice of Deposition attached for Shannon Spalding. A Zoom link will be circulated prior to the deposition date. Thank you.

| DEPONENT | DATE AND TIME | LOCATION |
|---|---|---|
| Shannon Spalding | July 29th, 2024, at 1:00pm CST/ 2:00pm EDT | VIA ZOOM |

**F r a n k   R o c c o  | Mohan Groble Scolaro, PC**

**D** 312.327.3462 | **C** 708.308.5751 | **E** frocco@mohangroble.com
55 West Monroe, Ste. 1600, Chicago, IL 60603
**www.mohangroble.com**

Frank Rocco - Paralegal - Daley Mohan Groble P.C. | LinkedIn

*The content of this email and any attachments may contain confidential or proprietary information and may be subject to the attorney-client privilege and/or attorney work product privilege. If you are not, or believe you may not be, the intended recipient, please advise the sender immediately by return email, delete this email and destroy any copies.*

 Gmail

## Re: In re Watts, 19C1717 - Zoom info Echeverria

**From:** web@halemonico.com <web@halemonico.com>
**Sent:** Sunday, August 11, 2024 12:40 PM
**To:** 'Tom Devine' <TomD@whistleblower.org>
**Cc:** █████████████
**Subject:** FW: In re Watts, 19C1717 - Zoom info Echeverria

Tom – here you go.

**From:** Mirzeta Causevic <mcausevic@halemonico.com>
**Sent:** Friday, August 9, 2024 3:20 PM
**To:** Jon Loevy <jon@loevy.com>; Arthur Loevy <arthur@loevy.com>; Josh Tepfer <josh@loevy.com>; Ainsworth, Russell <russell@loevy.com>; Scott Rauscher <scott@loevy.com>; Theresa Kleinhaus <tess@loevy.com>; Sean Starr <sean@loevy.com>; Wally Hilke <hilke@loevy.com>; Gianna Gizzi <gizzi@loevy.com>; Lilia Martinez <martinez@loevy.com>; Valerie Barajas <valerie@loevy.com>; Brian P. Gainer <gainerb@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Lisa M. McElroy <mcelroyl@jbltd.com>; Aleeza Mian <miana@jbltd.com>; Rebecca A. Milton <miltonr@jbltd.com>; Taylor A. Atwater <atwatert@jbltd.com>; Joel Flaxman <jaf@kenlaw.com>; Kenneth Flaxman <knf@kenlaw.com>; Eric Palles <epalles@mohangroble.com>; Sean Sullivan <ssullivan@mohangroble.com>; Lisa Altukhova <lisaa@mohangroble.com>; Raymond Groble <groble@mohangroble.com>; Frank Rocco <frocco@mohangroble.com>; Fiona Winfrey <fwinfrey@mohangroble.com>; Tim Scahill <tscahill@borkanscahill.com>; Steven Borkan <sborkan@borkanscahill.com>; Elena Favela <elena@borkanscahill.com>; Terrence M. Burns <tburns@burnsnoland.com>; Daniel Burns <dburns@burnsnoland.com>; Paul A. Michalik <pmichalik@burnsnoland.com>; Daniel M. Noland <dnoland@burnsnoland.com>; Katherine C. Morrison <kmorrison@burnsnoland.com>; Elizabeth Ekl <eekl@burnsnoland.com>; Dhaviella Harris <dharris@burnsnoland.com>; Maria Avitia <mavitia@burnsnoland.com>; Daniel Neville <dneville@burnsnoland.com>; Heather Barhorst <hbarhorst@burnsnoland.com>; TomD@whistleblower.org
**Cc:** William Bazarek <web@halemonico.com>; Kelly Olivier <kolivier@halemonico.com>; Anthony Zecchin <azecchin@halemonico.com>; Hannah Beswick-Hale <hannah@halemonico.com>; Jason Marx <jmarx@halemonico.com>; Lohith Ramanujam <lo@halemonico.com>; Daisy Helmuth <dhelmuth@halemonico.com>; Izeta Causevic <icausevic@halemonico.com>
**Subject:** Re: In re Watts, 19C1717 - Zoom info Echeverria

Counsel,

Please access below Zoom information for the upcoming deposition of Daniel Echeverria.

| Deponent | Date | Time | Zoom link/Dial-in instructions |
|----------|------|------|-------------------------------|
| | | | |

| | | | Join Meeting |
|---|---|---|---|
| Daniel Echeverria | August 12, 2024 | 10:00 a.m., CST | PC, Mac, iOS or Android<br><br>http://videoinstanter.remotecounsel.com/meetings/F342e7fAB9c/join<br><br>Meeting ID<br><br>913-824-27312<br><br>Phone<br><br>646-568-7788<br><br>Videoconference System<br><br>H323: 162.255.36.11##91382427312<br>SIP: 91382427312@162.255.36.11<br>SIP: 91382427312@zoomcrc.com |

Mirzeta

On Mon, Jul 15, 2024 at 11:38 AM Mirzeta Causevic <mcausevic@halemonico.com> wrote:

Counsel,

Please see attached notice of deposition Subpoena and a courtesy copy of the Subpoena to be issued on the following. Once the Zoom information is received, it will be forwarded to the counsel for the parties. Thank you

| Deponent | Date | Time |
|---|---|---|
| Daniel Echeverria c/o Chicago Police Department | August 12, 2024 | 10:00 a.m. |

# Mirzeta Causevic

Paralegal

312-870-6907 | mcausevic@halemonico.com