

Transcript of the Deposition of
# Officer Daniel Echeverria
**Case:** In Re: Watts Coordinated Pretrial Proceedings
**Taken On:** August 12, 2024

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

) Case No. 19-CV-1717

IN RE:  WATTS                ) Hon. Judge Franklin
                                Valderrama

COORDINATED PRETRIAL          )
                               Magistrate Judge
PROCEEDINGS                   ) Sheila M. Finnegan

The videotaped deposition of OFFICER DANIEL ECHEVERRIA, taken via videoconference the above-entitled cause, called for examination by the Defendants pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Sharon L. Patanella, a Certified Shorthand Reporter in the State of Illinois, on the 12th day of August, 2024, at the hour of 10:20 a.m.

Reported by:  Sharon L. Patanella

Illinois CSR License 84-002169

In Re: Watts Coordinated Pretrial Proceedings
Deposition of Officer Daniel Echeverria - Taken 8/12/2024

Page 2

APPEARANCES (via videoconference):

    LOEVY & LOEVY
    BY:  THERESA H. KLEINHAUS
    311 North Aberdeen Street, 3rd Floor
    Chicago, Illinois 60607
    Phone:  312.243.5900
    E-mail: tess@loevy.com

    appeared on behalf of the Coordinated Plaintiffs;

    GOVERNMENT ACCOUNTABILITY PROJECT
    BY:  MR. TOM DEVINE
    1612 K Street Northwest, Suite 808
    Washington, D.C  20006
    Phone:  202.926.3325
    E-mail: tomd@whistleblower.org

    appeared on behalf of the Deponent;

    LAW OFFICES OF KENNETH N. FLAXMAN, P.C.
    BY:  MR. JOEL A. FLAXMAN
    200 South Michigan Avenue, Suite 201
    Chicago, Illinois 60604
    Phone:  312.427.3200
    E-mail:  jaf@kenlaw.com

    appeared on behalf of the Flaxman Plaintiffs;

    HALE & MONICO, LLC
    BY:  MR. WILLIAM E. BAZAREK
    53 West Jackson Boulevard, Suite 334
    Chicago, Illinois 60604
    Phone:  312.341.9646
    E-mail:  web@halemonico.com

    appeared on behalf of the Individual Defendant
    Officers;

    JOHNSON & BELL, LTD.
    BY:  MR. BRIAN P. GAINER
    33 West Monroe Street, Suite 2700
    Chicago, Illinois 60603
    Phone:  312.372.0770
    E-mail:  gainerb@jbltd.com

    appeared on behalf of the Defendant Ronald Watts;

In Re: Watts Coordinated Pretrial Proceedings
Deposition of Officer Daniel Echeverria - Taken 8/12/2024

Page 3

APPEARANCES (via videoconference) CONT'D.:

    MOHAN GROBLE SCOLARO
    BY:  MR. ERIC S. PALLES
    55 West Monroe Street, Suite 1600
    Chicago, Illinois 60603
    Phone:  312.422.9999
    E-mail:  epalles@mohangroble.com

    appeared on behalf of the Defendan Kallatt
    Mohammed;

    BURNS NOLAND
    BY:  MR. DANIEL M. NOLAND
    311 South Wacker Drive, Suite 5200
    Chicago, Illinois 60606
    Phone:  312.982.0090
    E-mail:  dnoland@reiterburns.com

    appeared on behalf of the Coordinated Defendants;

    LEINENWEBER BARONI LLC
    BY:  MR. MICHAEL J. SCHALKA
    120 North LaSalle Street, Suite 2000
    Chicago, Illinois 60602
    Phone:  866.786.3705
    E-mail: mjs@ilesq.com

    appeared on behalf of the Defendants
    Matthew Cadman and Michael Spaargaren;

    BORKAN & SCAHILL, LTD.
    BY:  MR. TIMOTHY P. SCAHILL
    Two First National Plaza
    20 South Clark Street, Suite 1700
    Chicago, Illinois 60603
    Phone:  312.580.1030
    E-mail: tscahill@borkanscahill.com

            appeared on behalf of the Defendant
            Calvin Ridgell.


Also Present:  Michael Howard, Video Instanter

In Re: Watts Coordinated Pretrial Proceedings
Deposition of Officer Daniel Echeverria - Taken 8/12/2024

Page 4

                    I N D E X

Witness:                                Page

        OFFICER DANIEL ECHEVERRIA

            Examination by:

            MR. BAZAREK              7


                E X H I B I T S

Number                          Referenced for ID

  6                                      99

  7                                     103

  8                                     108

  9                                     109

 10                                     112

 11                                     112

 12                                     113

 13                                     117

In Re: Watts Coordinated Pretrial Proceedings
Deposition of Officer Daniel Echeverria - Taken 8/12/2024

Page 5

THE VIDEOGRAPHER: Stand by. Recording.

For the record, my name is Michael Howard of Video Instanter. I'm the video-recording device operator for this deposition. Our business address is 134 North LaSalle Street, Suite 1400, Chicago, Illinois 60602.

This remote deposition is being video-recorded pursuant to the Federal Rules of Civil Procedure and all other applicable rules.

This is the deposition of Daniel Echeverria, being taken in the matter of In Re: Watts Coordinated Pretrial Proceedings, Case No. 19-CV-01717, in the United States District Court for the Northern District of Illinois, Eastern Division.

Today's date is August 12, 2024, and the time is 10:20 a.m.

Will the witness please identify yourself for the record by stating your name and location, please?

THE WITNESS: Yes. My name is Daniel Emmet Echeverria. My location, I'm remotely connected via Zoom.

Page 6

THE VIDEOGRAPHER: Thank you.

This deposition is being video-recorded at the instance of the Defendant, and it's being taken on behalf of the Defendant.

Would the participants of this video conference please introduce yourselves for the record by stating your name, location, and who you represent, please?

MR. BAZAREK: My name is William Bazarek. I represent the Individual Defendants represented by Hale & Monico.

Good morning, Officer.

THE WITNESS: Good morning, sir.

MR. PALLES: Eric Palles, representing Kallatt Mohammed.

MR. GAINER: Brian Gainer, representing Ron Watts.

MR. SCHALKA: Michael Schalka, representing Spaargaren and Cadman.

MR. NOLAND: Good morning. Daniel Noland, for City of Chicago and the Supervisory Defendants.

MS. KLEINHOUS: Good morning. Theresa Kleinhaus, on behalf of the Loevy Plaintiffs.

MR. FLAXMAN: Joel Flaxman, for the

Page 7

Flaxman Plaintiffs.

MR. SCAHILL: Timothy Scahill, on behalf of Ridgell, from Chicago.

THE VIDEOGRAPHER: Okay. Thank you. Would the court reporter please introduce yourself and swear in the witness?

THE COURT REPORTER: Sharon Patanella with Royal Reporting.

(Whereupon, the witness was duly sworn.)

WHEREUPON,

OFFICER DANIEL ECHEVERRIA, a witness, called for examination, after having been first duly sworn or affirmed, was examined and testified via videoconference as follows:

EXAMINATION

BY MR. BAZAREK:

Q. Good morning, Officer. I want to make sure I'm pronouncing your name correctly. Is it Echeverria?

A. Echeverria.

Q. Echeverria?

A. Yes, sir.

Q. Do I have it right?

Page 8

A. Close enough.

Q. Okay.

A. Good enough for government work.

Q. So where are you at today?

A. Do I have to disclose where I'm at?

Q. Yeah. I'm asking where you're at. Yes.

A. Okay.

MR. DEVINE: That's a fair question, Danny.

THE WITNESS: All right. I'm connected via Zoom at my home.

MR. BAZAREK:

Q. Are you working today?

A. Yes, I am.

Q. What are your duty hours today?

A. 0700 to 1530.

Q. Where do you work, sir?

A. I work for the Chicago Police Department.

Q. Do you work for a particular unit within the Chicago Police Department?

A. I work for the fugitive apprehension section.

Q. How long have you been in that unit?

A. Maybe over a decade.

5 (Pages 5 to 8)

In Re: Watts Coordinated Pretrial Proceedings
Deposition of Officer Daniel Echeverria - Taken 8/12/2024

Page 9

Q.  Who is your supervisor?

A.  My current supervisor is Sergeant Jeffrey Rumba.

Q.  Is that your immediate supervisor?

A.  Yes.  That's my immediate supervisor, sir.

Q.  And then -- is that a sergeant?

A.  Yes.

Q.  Okay.  Do you have a lieutenant who supervises you?

A.  Yes.

Q.  Who's your lieutenant?

A.  That is -- I should know this, right?  Zahn, Lieutenant Zahn.

Q.  And then you have a commander or a commanding officer of the unit?

A.  Yes.

Q.  Who is that?

A.  That is -- give me a second to jog my memory here because things change, but he's been there for a minute.

Let me look, and I'll tell you right now who he is.

MR. BAZAREK:  Okay.  You know what?  While you're looking for that, I do want to put on the

Page 10

record this morning before the deposition began --

THE WITNESS:  Yes.

MR. BAZAREK:  I'm just making a statement, so just bear with me.

The deponent's attorney, Mr. Devine, said that he was only agreeable to producing the deponent for 2 hours and 15 minutes.

THE WITNESS:  Okay.

MR. BAZAREK:  The Defendants are opposed to that.  This deposition was going to be a full day.  And, in fact, we had an agreement with the plaintiffs' counsel.  They were going to take the first day.  We were going to take the second day, and this was last year.  But then the next day, the deponent was -- became ill, and we couldn't complete the deposition.

THE WITNESS:  Yeah, that was myself.

MR. BAZAREK:  Right.  So anyway, in any event, we're reserving the right to continue this deposition for another day, and we'll take it up with Judge Finnegan.

So that's what I -- that's all I wanted to get on the record.

MR. PALLES:  If I may.  If I may add to

Page 11

that, I would like to read a portion of Mr. Echeverria -- did I get it?  Echeverria?

THE WITNESS:  Yes, there you go.

MR. PALLES:  The second one, your transcript -- at the end of your May 20, 2023 transcript, Ms. Kleinhaus said:

"All right.  I don't have any other questions for you.  We can go off the record."

I said, "Well, I thought the dep -- the Officer is here until 3:30.

Witness:  Do you have any questions?

Palles:  Yes.

Kleinhaus:  Can we get this on the record?

Reporter:  We're still on.  Okay.

Ms. Kleinhaus:  I'm sorry.  My bad.

So my understanding is that the defendants are asking this witness questions tomorrow and reserves tomorrow to do that; is that right?

Palles:  Well, I thought we were going to go a full day.  If we're not going to go a full day, there's still 15 minutes left; right?

Page 12

Kleinhaus:  Sure.  I mean, you can go ahead and start if you want to start today.

Palles:  Okay.

Kleinhaus:  And the witness wants to stay. He's already had several hours on the record, so it's up to you, sir.

Now, officer?

Witness:  I'm done for today.  You can depose me tomorrow with corporation counsel.

Kleinhaus:  All right.  We'll go off the record."

That's all I have say on that subject, other than in support of what Mr. Bazarek just said.

So with that record straight, I'll be quiet.

BY MR. BAZAREK:

Q.  Officer Echeverria, have you ever worked with --

A.  Lieutenant Costello, sir.

Q.  Okay.  Thank you.  Thanks for answering that question.

6 (Pages 9 to 12)

Royal Reporting Services, Inc.
312.361.8851