IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William Carter, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | No. 17-cv-7241 |
| *-vs-* | ) | |
| | ) | *(Judge Gettleman)* |
| City of Chicago, et al., | ) | |
| | ) | |
| *Defendants* | ) | |

## PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

### i. Witnesses

1. Plaintiff William Carter, to be contacted through plaintiff's counsel. Mr. Carter has information relevant to the facts underlying his claims.

2. Defendants Watts, Cline, Kirby, Edwards, Jones, Mohammed, Rodriguez, Ridgell, Smith, Summers, and Young. The individual defendants are likely to have discoverable information relevant to plaintiff's claims. In particular, Watts, Edwards, Jones, Mohammed, Rodriguez, Ridgell, Smith, Summers, and Young have information regarding plaintiff's arrests. Cline and Kirby have information about their conduct related to the credible allegations of serious wrongdoing by Watts and the Watts Gang.

3. Non-party witnesses with information about plaintiff's arrest on March 3, 2004: Investigation continues.

4.     Non-party witnesses with information about plaintiff's arrest on June 18, 2004: Jamon L. Walker and Roy C. Tate Jr. Contact information unknown.

5.     Non-party witnesses with information about plaintiff's arrest on May 19, 2006: Valencia Cline, Damica Nickerson, Deana Coleman, Sandra Berry. Contact information unknown.

6.     Johna Richmond, Sergeant Timothy Moore. These witnesses investigated plaintiff's complaints to the Chicago Police Department. Contact information unknown.

7.     Shannon Spalding and Daniel Echeverria, contact information unknown. Spalding and Echeverria have discoverable information about the extraordinarily serious retaliatory misconduct by officers at nearly all levels of the CPD hierarchy, which they suffered when they attempted to uncover wrongdoing by Watts and the Watts Gang.

8.     Officer Janet Hannah, contact information unknown. Officer Hannah has discoverable information about the "code of silence" in the Chicago Police Department.

9.     Witnesses disclosed in cases with pretrial proceedings coordinated with this one.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| COORDINATED CASES<br><br>*Baker v. Chicago et al.*, No. 16-cv-8940<br>*White v. Chicago et al.*, No. 17-cv-2877<br>*Powell v. Chicago et al.*, No. 17-cv-5156<br>*Carter v. Chicago et al.*, No. 17-cv-7241<br>*Forney v. Chicago et al.*, No. 18-cv-3474<br>*Shenault v. Chicago et al.*, No. 18-cv-3477<br>*Shenault Jr. v. Chicago et al.*, No. 18-cv-3478<br>*Gibbs v. Chicago, et al.*, No. 18-cv-5119<br>*Gipson v. Chicago, et al.*, No. 18-cv-5120<br>*Jackson v. Chicago, et al.*, No. 18-cv-5121<br>*Sanders v. Chicago, et al.*, No. 18-cv-5122<br>*James v. Chicago, et al.*, No. 18-cv-5123<br>*Jefferson v. Chicago, et al.*, No. 18-cv-5124<br>*Saunders v. Chicago, et al.*, No. 18-cv-5125<br>*McDaniels v. Chicago, et al.*, No. 18-cv-5126<br>*McNairy v. Chicago, et al.*, No. 18-cv-5127<br>*Scott v. Chicago, et al.*, No. 18-cv-5128<br>*Rainey v. Chicago, et al.*, No. 18-cv-5129<br>*Smith v. Chicago, et al.*, No. 18-cv-5130<br>*Thomas v. Chicago, et al.*, No. 18-cv-5131<br>*Thomas v. Chicago, et al.*, No. 18-cv-5132<br>*White, Jr. v. Chicago, et al.*, No. 18-cv-5133<br>*Jefferson v. Chicago et al.,* No. 18-cv-8182<br>*Blair v. Chicago et al.,* No. 19-cv-0127<br>*Curtis v. Chicago et al.,* No. 19-cv- 0128<br>*Henderson v. Chicago, et al.,* No. 19-cv-0129<br>*Ollie v. Watts et al.*, No. 19-cv-0131<br>*Wilbourn v. Chicago et al.,* No. 19-cv-0132<br>*Thomas v. Chicago et al.,* No. 19-cv-0133<br><br>Plaintiffs,<br>v.<br><br>CITY OF CHICAGO, *et al.*,<br><br>Defendants | No. 16-CV-8940<br><br>Honorable Judge Andrea R. Wood<br>and Honorable Magistrate Judge Sheila Finnegan |

284.    Det. Griffin – Chicago police officer – may have knowledge of the CPD investigation into Plaintiff Anthony McDaniels – Address/phone number currently unknown.

285.    Juan Rivera  – former head of IAD – may have knowledge of Defendant Watts's and his Team's unconstitutional and unlawful acts as well as the code of silence within CPD, especially as it relates to Watts and his tactical team – Address/phone number currently unknown.

286.    Garry McCarthy– former CPD superintendent – may have knowledge of Defendant Watts's and his Team's unconstitutional and unlawful acts as well as the code of silence within CPD, especially as it relates to Watts and his tactical team – Address/phone number currently unknown.

287.    Eddie Johnson – former current CPD superintendent – may have knowledge of Defendant Watts's and his Team's unconstitutional and unlawful acts as well as the code of silence within CPD, especially as it relates to Watts and his tactical team – Address/phone number currently unknown.

288.    Tina Skahill – Chicago Internal Affairs officer – may have knowledge of Defendant Watts's and his Team's unconstitutional and unlawful acts as well as the code of silence within CPD, especially as it relates to Watts and his tactical team – Address/phone number currently unknown.

289.    Nick Spanos– Chicago police detective – may have knowledge of Defendant Watts's and his Team's unconstitutional and unlawful acts as well as the code of silence within CPD, especially as it relates to Watts and his tactical team – Address/phone number currently unknown.

290.    Nick Roti– former CPD BOC chief  – may have knowledge of Defendant Watts's and his Team's unconstitutional and unlawful acts as well as the code of silence within CPD, especially as it relates to Watts and his tactical team – Address/phone number currently unknown.

291.    Rahm Emanuel, Mayor of the City of Chicago, may have knowledge of the Code of Silence that exists within the Chicago Police Department – 121 N. LaSalle Street, Chicago City Hall 4th Floor, Chicago, Illinois 60602.

292.    Shannon Spaulding – former CPD officer – may have knowledge of Defendant Watts's and his Team's unconstitutional and unlawful acts as well as the code of silence within CPD, especially as it relates to Watts and his tactical team, last known counsel: Daniel J. Stohr – 222 N LaSalle St # 200, Chicago, IL 60601; 312-726-1180.

293.    Daniel Echeverria, may have knowledge of Defendant Watts's and his Team's unconstitutional and unlawful acts as well as the code of silence within CPD, especially as it

relates to Watts and his tactical team, last known counsel: Daniel J. Stohr – 222 N LaSalle St # 200, Chicago, IL 60601; 312-726-1180.

294.    Kenneth Biggs – Chicago Internal Affairs officer – Address/phone number currently unknown.

295.    Allen J. Boehmer – Chicago Internal Affairs officer – Address/phone number currently unknown.

296.    Keith Calloway – Chicago Internal Affairs officer – Address/phone number currently unknown.

297.    Thomas Chester – Chicago Internal Affairs officer – Address/phone number currently unknown.

298.    Calvin Holliday – Chicago Internal Affairs officer – Address/phone number currently unknown.

299.    Joel Howard – Chicago Internal Affairs officer – Address/phone number currently unknown.

300.    Robert Klimas – Chicago Internal Affairs officer – Address/phone number currently unknown.

301.    Kenneth Mann – Chicago Internal Affairs officer – Address/phone number currently unknown.

302.    Tim Moore – Chicago Internal Affairs officer – Address/phone number currently unknown.

303.    Wilbert Neal – Chicago OPS investigator – Address/phone number currently unknown.

304.    James Spratte – Chicago Internal Affairs officer – Address/phone number currently unknown.

305.    Daniel Dacanay – Chicago Internal Affairs officer – Address/phone number currently unknown.

306.    Tiffany Williams – Chicago Internal Affairs officer – Address/phone number currently unknown.

*****************