**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ORDER OF THE EXECUTIVE COMMITTEE**

The Hon. LaShonda A. Hunt is presiding in 22 CV 5436, *Davis v. City Of Chicago et al,* and Magistrate Judge Sheila M. Finnegan is the referred magistrate judge; and

Pursuant to the entry in 19 CV 1717, *In Re: Watts Coordinated Pretrial Proceedings*, on January 21, 2025, the Court referred to the Hon. Maria Valdez for the purpose of a global settlement conference*; therefore*

It is hereby ordered that the Clerk shall designate Magistrate Valdez in 22 CV 5436, *Davis v. City Of Chicago et al,* in an effort to coordinate global settlement efforts and for judicial efficiency.

It is further ordered that Magistrate Judge Valdez be referred in 22 CV 5436, *Davis v. City Of Chicago et al,* for the purpose of settlement conference.

**ENTER:
FOR THE EXECUTIVE COMMITTEE**

Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 14th day of March, 2025