**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ORDER OF THE EXECUTIVE COMMITTEE**

The Hon. Sharon Johnson Coleman is presiding in the cases listed below that were part of the In Re: Watts Coordinated Pretrial Proceedings (19 CV 1717); and

In an effort to coordinate settlement efforts and for judicial efficiency, Judge Coleman ordered that the cases listed below be designated and referred to the Hon. Laura K. McNally; therefore

It is hereby ordered that the Clerk shall designate and refer Magistrate Judge McNally in each of the cases below for the purpose of discovery and settlement conference.

| Case # | Case Title |
|---|---|
| 19-cv-01099 | *Colvin v. City of Chicago et al* |
| 19-cv-03317 | *Carter v. City of Chicago et al* |
| 21-cv-02499 | *Mapp v. City of Chicago et al* |
| 22-cv-05777 | *Lipscomb v. City of Chicago et al* |
| 22-cv-06975 | *Breeland v. City of Chicago et al* |

**ENTER:
FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 20th day of May, 2025