**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | Master Docket Case No. 19-cv-1717 |
| | ) | |
| In re: WATTS COORDINATED | ) | Magistrate Judge Maria Valdez |
| PRETRIAL PROCEEDINGS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**MOTION FOR SETTLEMENT CONFERENCE**

Plaintiffs, through their undersigned counsel, respectfully request an emergency settlement conference as this Court's assistance is needed to ensure compliance with the global settlement agreement, stating further as follows:

1.      As this Court knows, last year a global settlement was reached for all remaining cases coordinated under this case number.

2.      The written settlement agreements for each case memorialized that each Plaintiff would receive 50% of their settlement payment in January 2026 and the remaining 50% in May 2026.

3.      Many of the Plaintiffs made specific arrangements and planned around receiving this payment by the end of January.

4.      The lawyers for the Plaintiffs and the City have been in frequent communication regarding settlement logistics. In December, the City lawyers told Plaintiffs' counsel that 40-45 checks would be available each week in January. On January 7, 2026, the City explained that no checks would be available until January 16, but it gave a list of 46 Plaintiffs whose checks would be available on that day. The City further communicated that 68 checks would be available on January 23, and the remaining 69 checks would be available on January 30.

1

5.     On January 16, however, the City only had 22 checks available, rather than the 46 promised.

6.     Since that date, Plaintiffs' counsel has been in frequent communication with counsel for the City trying to understand why the delay occurred and get assurances that the City will comply with the agreement to provide checks to all Plaintiffs in January. Unfortunately, counsel for the City has been unable to provide any explanation for why the previous delays happened or any assurances that it will be able to comply with the January deadline for all of the Plaintiffs. As of this writing, the City lawyers have only been able to broadly confirm that somewhere between 20-50 additional checks would be available sometime tomorrow. However, even if 50 checks are available tomorrow, the City will still be significantly behind the schedule it promised on January 7.

7.     These concerns and the lack of assurances have caused significant distress for many Plaintiffs, many of whom live at or below the federal poverty level and were budgeting and planning their short-term future with the assumption they would receive half of their settlement by the end of next week.

8.     Plaintiffs reluctantly ask for a settlement conference and ultimately this Court's immediate assistance to ensure that the City timely complies with their settlement obligations in these matters. Plaintiffs hope that an emergency settlement conference could help avoid the need for Plaintiffs to file 100 or more motions to enforce their respective settlement agreements.

Respectfully Submitted,

/s/ Scott Rauscher
*One of Attorneys for the Plaintiffs Represented by Loevy & Loevy in the Coordinated Proceedings*

Jon Loevy
Arthur Loevy
Scott Rauscher
Josh Tepfer
Theresa Kleinhaus
Sean Starr
Gianna Gizzi
LOEVY & LOEVY
311 North Aberdeen Street,
Chicago, IL 60607
(312) 243-5900
scott@loevy.com

/s/ Joel Flaxman
*One of the Attorneys for Plaintiffs Represented by Kenneth N. Flaxman, P.C. in the Coordinated Proceedings*

Joel A. Flaxman
Kenneth N. Flaxman
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200